■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON HUNT, Also Known as PETE HUNT, Appellant. [847 NYS2d 488]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Dennis Kehoe, J.—Criminal Sale Controlled Substance, 3rd Degree). Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.